| | |
|---|---|
| 1  EDWARD R. SCHWARTZ, CA Bar No. 147553<br>   CHRISTIE, PARKER & HALE, LLP<br>2  350 West Colorado Boulevard, Suite 500<br>   Post Office Box 7068<br>3  Pasadena, California 91109-7068<br>   Telephone: (626) 795-9900<br>4  Facsimile: (626) 577-8800<br>   e-mail: edward.schwartz@cph.com | <br><br>JUN 2 8 2005<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____ |

Attorneys for Plaintiff,
Mobile Hi-Tech Wheels

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE HI-TECH WHEELS,<br><br>    Plaintiff,<br><br>vs.<br><br>USA TIRE & WHEEL OUTLET, INC.,<br><br>    Defendant. | Case No. 2:05-CV-00906-GEB-GGH<br><br>**STIPULATION AND CONSENT JUDGMENT** |

    Plaintiff, Mobile Hi-Tech Wheels ("MHT") and Defendant USA Tire & Wheel Outlet, Inc. ("USA") by their attorneys, hereby stipulate to and request entry of judgment as follows:

    1.    The Court has jurisdiction over the subject matter of this action and over the parties.

    2.    United States Trademark Registration Nos. 2,729,438 for DUB and 2,737,029 for DUBS are valid.

    3.    Plaintiff MHT is the exclusive licensee of the foregoing registrations and has the exclusive right to enforce the subject trademarks.

    4.    Defendant USA has committed acts of trademark infringement and unfair competition by its promotion and sale of automobile wheels under the mark "DUB WHEELS."

    5.    Defendant USA and all those in active concert or privity with it are permanently enjoined from using the word DUB as a trademark, a designation of a wheel, a domain name,

or for any other business purposes without prior authorization from MHT.

    6.    Each party hereto shall bear its own costs, including attorney's fees.

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

DATED: June 13, 2005    By _____
Edward R. Schwartz
Attorneys for Plaintiff,
Mobile Hi-Tech Wheels

USA Tire & Wheel Outlet, Inc.

DATED: June 14, 2005    By _____
Nadeem Aslam, President

**IT IS SO ORDERED.**

DATED: June 22, 2005    _____
Hon. Garland E. Burrell, Jr.
United States District Court Judge

BLV PAS627732.1-*-06/10/05 11:51 AM

# CERTIFICATE OF SERVICE

1  I certify that on June 17, 2005, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as STIPULATION AND CONSENT JUDGMENT was served on the parties in this action by U.S. Mail, first class, postage prepaid, addressed as follows:

Mr. Nadeem Aslam, President
USA TIRE & WHEEL OUTLET, INC.
2040 Stockton Blvd.
Sacramento, California 95817-1335

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on June 17, 2005 at Pasadena, California.

*[signature: Betty L. Venuti]*
Betty L. Venuti

CHRISTIE, PARKER & HALE, LLP